**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01216-REB

KENDALL B. MARR

    Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Reversing Disability Decision and Remanding to Commissioner of Judge Robert E. Blackburn entered on September 12, 2014. It is

ORDERED that the decision of Commissioner of Social Security is reversed and remanded. Plaintiff is **AWARDED** his costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

Dated at Denver, Colorado this 12th day of September, 2014.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                By: s/   A. Lowe

Terence E. Sheahan
Chief Deputy Clerk of Operations